ANDREA L DARDY<br>
1333 E HALLANDALE BEACH BLVD A█████,<br>
HALLANDALE, FL 33009

December 16, 2021

ARS
1643 NW 136TH Ave, Bld H Suite 100,
Sunrise FL, 33323

INPHYNET SOUTH BROWARD LLC
5870 Hiatus Rd STE 200
Tamarac, FL 33321-6424

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:   ANDREA L DARDY
      Social Security Number: ████████

To Whom It May Concern:

I am writing to dispute the following information in my file: The ARS account numbers beginning with #8618**** and #8618**** are inaccurate. These accounts stem from one visit I made to the emergency room for an allergic reaction of some kind. During my initial intake with the hospital, I provided them with insurance information that I had through Massachusetts public assistance where I lived. During my visit and before I left the emergency room, I experienced another reaction and had to receive additional treatment. The original creditor failed to bill properly for one visit and instead has attempted to bill me for duplicative treatment although all treatment occurred during the same visit and I have confirmed with my insurance and that they failed to submit the correct claim timely to the insurance company. Not only did they incorrectly bill the insurance for treatment provided thereby causing the claim not to be paid but they continued to bill for duplicative service when only one emergency room visit was made. To verify my identity, I have also attached a copy of my Driver's License, D-630-012-53-524-0, copy of my social security card and Florida Power and Light utility bill. I am requesting that the item be deleted or updated to the correct balance immediately to correct the information.

Please reinvestigate this matter and delete or update the disputed item(s) as soon as possible. If you have any questions or require additional documents please contact me at (954) 854-9592.

Sincerely,

ANDREA L DARDY