IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:22-cv-60744-WPD

ANDREA DARDY,
    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC
    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    EQUIFAX INFORMATION SERVICES, LLC
by serving The Prentice Hall Corporation System as registered agent
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel D. Lucoff
Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Apr 18, 2022  _____

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:22-cv-60744-WPD

ANDREA DARDY,
    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC
    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    EXPERIAN INFORMATION SOLUTIONS, INC.
    by serving CT Corporation System as registered agent
    1200 S. Pine Island
    Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joel D. Lucoff
    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Apr 18, 2022__

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:22-cv-60744-WPD

ANDREA DARDY,
    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC
    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    INPHYNET SOUTH BROWARD, LLC.
       by serving Corporation Service Company as registered agent
       1201 Hays Street
       Tallahassee, FL 32301

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Joel D. Lucoff
       Debt Shield Law
       3440 Hollywood Blvd., Suite 415
       Hollywood, FL 33021

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Apr 18, 2022

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:22-cv-60744-WPD

ANDREA DARDY,
    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC
    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    TRANSUNION, LLC
    by serving The Prentice Hall Corporation System as registered agent
    1201 Hays St.
    Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joel D. Lucoff
    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Apr 18, 2022
_____

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:22-cv-60744-WPD

ANDREA DARDY,
    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC
    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    HEALTHCARE REVENUE RECOVERY GROUP, LLC.
    dba ARS ACCOUNT RESOLUTION SERVICES
    by serving Corporation Service Company as registered agent
    1201 Hays Street
    Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joel D. Lucoff
    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Apr 18, 2022

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court