## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:22-CV-60744-WPD

Plaintiff:
**ANDREA DARDY**

vs.

Defendant:
**HEALTHCARE REVENUE RECOVERY GROUP, LLC. D/B/A ARS ACCOUNT
RESOLUTION SERVICES, ET AL.**

For:
Joel Lucoff
DEBT SHIELD LAW
3440 Hollywood Blvd
Ste 415
Hollywood, FL 33021

Received by GLOBAL RESEARCH NETWORK on the 2nd day of June, 2022 at 9:00 am to be served on
**TRANSUNION, LLC BY SERVING THE PRENTICE HALL CORPORATION SYSTEM, AS REGISTERED AGENT,
1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **2nd day of June, 2022 at 1:45 pm, I:**

served a **LIMITED LIABILITY COMPANY** by **serving** a    **SUMMONS IN A CIVIL ACTION and COMPLAINT and
EXHIBIT A**    with the date and hour of service endorsed thereon by me, to:    **CIERA YOUNG**    as    **CLERK
FOR RA**   of   **TRANSUNION, LLC**,   at the address of:   **1201 HAYS STREET, TALLAHASSEE, FL 32301**  ,
and informed said person of the contents therein, in compliance with **Florida Statutes 608.463 and 48.062(1).**

**Additional Information pertaining to this Service:**
CIERA YOUNG, CLERK FOR RA, BF 27 YRS 5'4 140 LBS BLACK HAIR NO GLASSES

Under penalty of perjury,  I declare that I have read the forgoing Verified return of Service and the facts stated in it
are true, that  I  that I am over the age of 18, have no interest in the above action, and am a Certified Process
Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated
facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**GLOBAL RESEARCH NETWORK
579 MICCOSUKEE RD
TALLAHASSEE, FL 32308
(850) 222-4158**

Our Job Serial Number: GRN-2022003612

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d