UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cv-60744

ANDREA DARDY,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC.,

    Defendants.
_____/

## NOTICE OF PROPOSED SETTLEMENT

    Plaintiffs hereby notifies the Court that Plaintiff, Andrea Dardy, and Defendant, Equifax Information Services, LLC, have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:    844-379-1112
    Fax:    305-503-9457
    service@debtshieldlaw.com
    joel@debtshieldlaw.com

    */s/Joel D. Lucoff*_____
    Joel D. Lucoff
    Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cv-60744

ANDREA DARDY,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on July 20, 2022 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/Joel D. Lucoff* _____
                                      Joel D. Lucoff

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF