UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60744

ANDREA DARDY,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
dba ARS ACCOUNT RESOLUTION SERVICES,
INPHYNET SOUTH BROWARD, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mediator Steven R. Jaffe of Upchurch Watson White & Max on **January 19, 2023, at 10:00 a.m., via Zoom conference.** On or before **January 26, 2023**, the mediator shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
Counsel of record