UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   22-60744-civ-DIMITROULEAS

ANDREA DARDY,

        Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC. dba ARS ACCOUNT RESOLUTION SERVICES, INPHYNET SOUTH BROWARD, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

        Defendants.

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 47], filed herein on January 27, 2023. The Court has carefully reviewed the Notice [DE 47] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 47] is **APPROVED**; and

2. Defendants HEALTHCARE REVENUE RECOVERY GROUP, LLC. dba ARS ACCOUNT RESOLUTION SERVICES and INPHYNET SOUTH BROWARD, LLC are hereby **DISMISSED WITH PREJUDICE**;

3. There being no remaining Defendants, the Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record